# JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINO MASCIA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SEAPORT SASH & DOOR, INC.; ALEX HERRERA; and DOES 1 to 50, inclusive,<br><br>　　　　Defendants. | Case No. 8:21-cv-00890-CJC-DFM<br><br>*District Judge: Cormac J. Carney*<br><br>*Magistrate Judge: Hon. Douglas F. McCormick*<br><br>**ORDER GRANTING JOINT STIPULATION AND REQUEST FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS**<br><br>Action Filed:　March 22, 2021<br>Trial Date:　　November 8, 2022 |

# ORDER

Upon review of the Joint Stipulation for Approval of Settlement Agreement and Request for Dismissal With Prejudice, in the above-referenced matter, submitted by Plaintiff GINO MASCIA and Defendants SEAPORT SASH & DOOR, INC. and ALEX HERRERA (collectively, the "Parties"), the Court hereby finds that the settlement terms represent a fair and equitable resolution of this matter and that the Plaintiff is receiving a reasonable and satisfactory recovery of his claims, and payment of attorneys' fees and costs.

**IT IS HEREBY ORDERED** that the Parties' Settlement Agreement and Release is APPROVED. This action, and the claims asserted herein by Plaintiff, is hereby DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED.**

Dated: October 13, 2021

_____
Hon. Cormac J. Carney